UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA12CV01066 MRP ✔<br>LA 12CV01059 MRP | Date | March 22, 2012 |
|---|---|---|---|
| Title | U.S. Bank National Association v. Countrywide Home Loans, Inc., et al. (CV 12-1066)<br><br>Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association, et al. v. Countrywide Financial Corporation, et al. (CV 12-1059) | | |

| Present: The Honorable | MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Mark Schweitzer | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| M. Fay<br>C. Chung | B. Pastuszenski, J. Daukas, J. Hamilton,<br>A. Shapiro, J. Fugate, J. Cuellar, B. Sullivan,<br>D. Fry, A. Mircheff, S. Klugman, M. Stancil,<br>D. Priebe, R. St. John, J. Nichols, E. Bennett |

**Proceedings:**   TELEPHONIC CONFERENCE CALL

Case called. Counsel make their appearances telephonically.

As more fully reflected on the record, the parties shall simultaneously submit additional information regarding the Motions to Remand by April 2, 2012. The matter will stand submitted thereafter. Any hearing dates concerning this matter, if any, are vacated.

IT IS SO ORDERED.

|  | : | 15 |
|---|---|---|
| | Initials of Preparer | JRE |