Kathryn S. Zecca (State Bar No. 178323)
Robbins, Russell, Orseck, Englert, Untereiner,
& Sauber LLP
1801 K Street, N.W., Suite 411L
Washington, DC 20006
Phone: (202) 775-4500 Fax: (202) 775-4510
kzecca@robbinsrussell.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| U.S. Bank National Association, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:12-cv-01066-MRP (MANx) |
| v. | |
| Countrywide Home Loans, Inc., et al. | NOTICE OF CHANGE OF ATTORNEY INFORMATION |
| DEFENDANT(S). | |

**The following information must be provided:**

I, _Kathryn S. Zecca_ , _178323_ , _kzecca@robbinsrussell.com_
    Name    CA Bar ID Number    E-mail Address

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

_Countrywide Home Loans, Inc. and Countrywide Financial Corporation_

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
    PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☑ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name  Kathryn S. Zecca            CA State Bar Number  178323
Firm/Government Agency Name  Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
Address:  1801 K Street, N.W., Suite 411L, Washington, DC 20006
Telephone Number  (202) 775-4500            Facsimile Number  (202) 775-4510
New E-mail address  kzecca@robbinsrussell.com

☐   TO BE REMOVED FROM THE CASE: **
    ☐   I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX
    ☐   The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐   There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐   I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: 3/30/12

Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**